

# THE ATTORNEY GENERAL
## OF TEXAS

AUSTIN, TEXAS 78711

CRAWFORD C. MARTIN
ATTORNEY GENERAL

November 9, 1970

Honorable Frank Hildebrand          Opinion No. M-720
Executive Director
Texas Tourist Development Agency    Re: Election of a Chairman of
Box TT, Capitol Station                 the Texas Tourist Develop-
Austin, Texas   78711                   ment Board.

Dear Mr. Hildebrand:

        Your request for an opinion asks the following question:

        ". . . when may the Texas Tourist Develop-
    ment Board elect a new chairman?"

        Subdivision (d) of Section 1 of Article 6144f, Vernon's
Civil Statutes, as amended by House Bill 792, Acts 61st Leg. 1969,
R.S., provides, in part, as follows:

        "(d) After the expiration of the term of the
    current chairman of the board, the board shall
    elect a new chairman every two years. . . ."

        In view of the express provisions above quoted, it is
our opinion that the current chairman (Mr. John R. McCarty),
who was the Chairman at the time the above act was passed, con-
tinues to hold the position of chairman until the expiration of his
term of office as member of the Texas Tourist Development Board.
At the expiration of his term of office as member of the Texas
Tourist Development Board, the Board is required to elect a new
chairman.

## S U M M A R Y

        Under the provisions of Article 6144f,
    Vernon's Civil Statutes, the current chairman
    of the Texas Tourist Development Board remains
    chairman until the expiration of his term of
    office as member of the Texas Tourist Develop-
    ment Board.  At the expiration of his term of

office as member of the Texas Tourist Development
Board, the Board is required to elect a new chair-
man.

Very truly yours,

CRAWFORD C. MARTIN
Attorney General of Texas

Prepared by John Reeves
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Kerns Taylor, Chairman
W. E. Allen, Co-Chairman
James McCoy
Bob Darden
Sally Phillips
Camm Lary

MEADE F. GRIFFIN
Staff Legal Assistant

ALFRED WALKER
Executive Assistant

NOLA WHITE
First Assistant